(12 Misc. Rep. 548.)

### GAGE v. PEETSCH.

(City Court of New York, General Term. May 28, 1895.)

COSTS—SECURITY—CITY COURT OF NEW YORK.
   A motion to require plaintiff in an action in the New York city court to give security for costs, on the ground that he has not an office within the city, must show that fact affirmatively.

Appeal from trial term.

Action by Leonard M. Gage against Henry Peetsch. From an order requiring plaintiff to give security for costs, plaintiff appeals. Reversed.

Argued before CONLAN and FITZSIMONS, JJ.

William F. Randal, for appellant.

Johnston & Johnston, for respondent.

CONLAN, J. This is an appeal from an order requiring the plaintiff, as a nonresident, to give security for costs pending appeal. The moving papers fail to show affirmatively that the plaintiff has not an office for the regular transaction of business within the city of New York. The order must therefore be reversed, with costs, on the authority of Stephenson v. Hanson, 4 Civ. Proc. R. 104.